William Ira JENKINS, Appellant, v. Dr. M. J. PESCOR, Warden, United States Medical Center, Springfield, Missouri.

No. 12933.

Circuit Court of Appeals, Eighth Circuit.

Aug. 16, 1944.

William Ira Jenkins, pro se.

PER CURIAM.

Application of appellant for appeal from judgment of District Court denying petition for habeas corpus, denied.

L. Metcalf WALLING, Administrator of the Wage and Hour Division, United States Department of Labor, Appellant, v. Fred WOLFERMAN, Inc. a Corporation.

No. 12937.

Circuit Court of Appeals, Eighth Circuit.

Oct. 2, 1944.

Douglas B. Maggs, Sol., Department of Labor, and Bessie Margolin, Asst. Sol., Department of Labor, both of Washington, D. C., and Reid Williams, Regional Atty., Department of Labor, of Kansas City, Mo., for appellant.

R. B. Caldwell and Blatchford Downing, both of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court, 54 F.Supp. 917, dismissed without taxation of costs in favor of either of the parties in this court, on motion of appellant and approval of appellee.

I. P. McCOY, Officer in Charge of Naturalization and Immigration Service of the United States, at Fort Lincoln, Burleigh County, North Dakota, Appellant, v. UNITED STATES of America ex rel. George UMECKER.

No. 12854.

Circuit Court of Appeals, Eighth Circuit.

Aug. 10, 1944.

Harry Lashkowitz, Asst. U. S. Atty., of Fargo, N. D., for appellant.

Samuel Lipschultz, of St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court, 54 F.Supp. 679, dismissed, on motion of appellant, without taxation of costs in favor of either of the parties in this Court.